# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ANTHONY HUDSON                                                                                          PLAINTIFF

v.                                        Case No. 3:22-cv-00153-JTK

KILOLO KIJAKAZI,                                                                                         DEFENDANT
*Acting Commissioner*,
Social Security Administration

## ORDER

Pending before the Court is Plaintiff Anthony Hudson's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. No. 23) Mr. Hudson requests a total of $2,453.14 (which includes $2,431.15 in fees and $21.99 in expenses). (Doc. No. 23) Defendant does not object to this award. (Doc. No. 25) After careful consideration, the Court finds that Mr. Hudson should be awarded reasonable attorney's fees.

EAJA fees are payable to plaintiffs, not plaintiffs' attorneys, and such fees are subject to an offset when a plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Therefore, subject to any offset, payment by check to the order of Mr. Hudson, in care of his attorney, will issue to his attorney.

Accordingly, the Motion for Attorney's Fees pursuant to the EAJA (Doc. No. 23) is GRANTED. Mr. Hudson is awarded $2,453.14.

SO ORDERED THIS 1st day of August, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE